1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9
10
11
12
13
14
15

DIANE DESHONG, as Power of
Attorney for DOROTHY DUPUIS,

                    Plaintiffs,

          v.

EXTENDICARE HOMES, INC.,
d/b/a THE GARDENS ON
UNIVERSITY and MARK MICHAELS,

                    Defendants.

NO. CV-08-124-EFS

**ORDER OF DISMISSAL**

16
17
18
19
20
21
22
23
24
25
26

    Before   the   Court,   without   oral   argument,   is   Plaintiff   Diane
DeShong's   Motion   to   Non-Suit   Without   Prejudice.   (Ct.   Rec.   11.)
Plaintiff seeks to dismiss the above-captioned matter without prejudice
and   takes   responsibility   for   paying   Defendants'   costs.   *Id.* at 2.
Defendants were contacted and have no objection to Plaintiff's request.

    Federal Rule of Civil Procedure 41(a)(2) permits a district court
to dismiss an action at the plaintiff's request "on terms the court
considers proper."   Such dismissals are ordinarily without prejudice.
*Bell v. City of Kellogg,* 922 F.2d 1418, 1421 (9th Cir. 1991).   And when
dismissals   are   without   prejudice,   a   defendant's   costs   are   typically
assessed against the plaintiff.   *See, e.g., Westlands Water Dist. v.*

ORDER * 1

*United States,* 100 F.3d 94, 97-98 (9th Cir. 1996); *Marlow v. Winston & Strawn,* 19 F.3d 300, 304 (7th Cir. 1994). Because Plaintiff's motion is unopposed, the Court finds good cause exists to dismiss the action on Plaintiff's terms.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Non-Suit Without Prejudice **(Ct. Rec. 11)** is **GRANTED.**

2. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice.**

3. Plaintiff is responsible for Defendants' costs; each party shall bear their own attorney fees.

4. All pending trial and hearing dates are stricken;

5. All pending motions are denied as moot; and

6. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this  10th   day of October 2008.


                         S/ Edward F. Shea
                      _____
                         EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2008\124.Dismiss.Rule41.wpd

ORDER * 2